UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEE HACKETT,<br><br>          Plaintiff,<br><br>   vs.<br><br>CITY OF FRESNO, FRESNO COUNTY,<br><br>          Defendants.<br>_____/ | 1:06-cv-01123-OWW-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 7)<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>**ORDER DENYING PENDING MOTIONS AS MOOT** |

    Eric Lee Hackett ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  Plaintiff filed the instant action on August 21, 2006, naming the City of Fresno and Fresno County Parole as Defendants.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On September 20, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On October 2, 2006, Plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed September 20,
8  2006, are ADOPTED IN FULL;
9  2.  This action is DISMISSED in its entirety; and,
10  3.  Any pending motions are DENIED as MOOT.
11  IT IS SO ORDERED.
12  **Dated:   November 15, 2006**            **/s/ Oliver W. Wanger**
    emm0d6                                    UNITED STATES DISTRICT JUDGE